Court of Criminal Appeals 28,344 24

Ex Parte

Markus Antonius Green

Pro Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 19 2015

Abel Acosta, Clerk

## Motion For Leave to File a Writ of Certiorari

Comes Now Movant, Markus A. Green pro se, to move this Court to Grant Leave to file a Writ of Certiorari & in support would show:

### I.

Movant was forced to file a PDR (see PD-0431-15, 0432-15, 0433-15) without any record or supporting facts because his legal property was confiscated by Neal Unit Prison officials; Mr. Gerald Whitfield - Law library supervisor, Capt Presciado, & Major Cano, and approved by Assist Warden Milburn. Property was held 4 months without justification and without providing property papers, confiscation papers, or a I-186, or I-185 form which is the "search warrant" needed to take legal property. It was partially returned on January 9, 2015 with portions of legal records absent, in retaliation for assisting other inmates file §1983 against Whitfield for unlawful

pg 1 of 4

confiscation of their legal property. It was returned just days before the 13th court denied my appeal on the basis that I could not bring a claim of ineffective assistance of retained counsel (by Ms Monica Finchess) the 1st time on appeal (even though the same court allowed this in cueva vs. State. Now, I am without any of the records I need since I only had to copies; one (the original) went to the 13th court in support of my brief and the other mysteriously lost after Movant's legal property was confiscated without legal justification.

Movant, has sought counsel from attorney charles Baird and Mr. Engin Derkunt and they have agreed to assist and also appeal if this PDR is denied but Movant is still waiting for his sister to pay Mr Baird in full. Until such Movant is by all accounts pro se and cant effectively litigate his appeal without the record.

## II.

Movant needs this court to obtain the complete record from the 13th court of appeals in Breen, Markus Ex Parte 13-13-00544, 00545, 00546-CR and additionally the record on appeal (via an 11.07 in 1995 with Paige Massey as his retained counsel) in trial ct # 89-9-7901, and # 90-1-7950 which this court reversed as stacked and which are

pg 2 of 4

inextricably linked to causes #90-1-7951, 90-1-7952, 90-1-7953
(your 13-13-00544; 00545; 00546-CR). Movant needs these two
causes (the records to them) to establish by undeniable
proof the beginnings of the Stacking order which this
court determined to be stacked in these two cases.
Movant is "indigent and cant afford the record
and although, he will higher Judge Charlie Baird
with the aid of his sister he does not know whether
it will be in time for the PDR or for a writ of cert
to the U.S. Supreme Court. Enclosed is a copy of
a letter from Mr. Engin Derkunt attorney at law for
N.a.a.C.P (who has assisted Movant in obtaining case
law to fight his cases) who petitioned Judge Baird
to take Movant's case; Movant is not asking for
the records to harass or cause unnecessary delay,
but because he needs the records he seeks

Prayer

Wherefore Movant Prays this Court Grant
leave to file his writ of certiorari in order
to obtain the records he needs.
Signed on this ___ day of _____ 2015.
By: Markus a. Green

Un Sworn Declaration

I do hereby declare under Penalty of perjury, (28 U.S.C.
§1746) that my statements made in this motion are

true and correct and are not in any way made to harass or delay.

Signed on this _12th_ day of _May 2015_

By: Markus @. Green # 1118715

Amber make a copy
send it and my
Crime Photo's back to Engin
thanks Sis

October 19, 2014

Markus,

I hope you are doing relatively fine, given the circumstances. If you were not that far away, I would have come and visit you.

I lost my last car the same week I got disbarred in March of 2011. Just 2 weeks ago, a Vietnamese lawyer friend gave me (as a gift) his uncle's old Pathfinder. I am now re-learning how to drive.

The main reason I am writing is that you may be able to beat the "3-strikes" and get out. If I am not mistaken, all your previous State felonies were later dropped from 3rd Degree Felony to State Jail Felony, which does not count as a Strike

If you remember, I had also tried to raise that issue by filing a pro se (under your signature) Supplement to your Motion for New Trial,

I don't know if David Schulman ever raised that issue on appeal but I spoke to (former) Judge Charlie Baird (Charles F. Baird), who used to be on the Court of Criminal Appeals. He and I became good friends, after he sat (as visiting judge) in one of my trials (in about 2006).

He also thought that you had a good case under Texas Government Code, section 311.031 (b). I enclose a copy of that section.

Please check your papers for:
a) Which crimes the State alleged to get you as a 3-striker ("Habitual"); let us see if any of them later became S Jail Felony; and

b) Whether David Schulman used that argument in your appeal.

Judge Baird told me that the procedure is to apply to the Court of Criminal Appeals with a Motion for Habeas Corpus and the Ct Crim App then sends it back to the District Court to resentence you as a Non-habitual 3rd D. Felony (2-to-10 years).

Good luck, Engin

note! Engin, the statute is unconstitutional by the only one in here for it; I'm Black, it is therefore Racist in application.

intent is that the general provision prevail.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.


Sec. 311.027. STATUTORY REFERENCES. Unless expressly provided otherwise, a reference to any portion of a statute or rule applies to all reenactments, revisions, or amendments of the statute or rule.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985. Amended by Acts 1993, 73rd Leg., ch. 131, Sec. 2, eff. May 11, 1993.


Sec. 311.028. UNIFORM CONSTRUCTION OF UNIFORM ACTS. A uniform act included in a code shall be construed to effect its general purpose to make uniform the law of those states that enact it.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.


Sec. 311.029. ENROLLED BILL CONTROLS. If the language of the enrolled bill version of a statute conflicts with the language of any subsequent printing or reprinting of the statute, the language of the enrolled bill version controls.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.


Sec. 311.030. REPEAL OF REPEALING STATUTE. The repeal of a repealing statute does not revive the statute originally repealed nor impair the effect of any saving provision in it.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.


Sec. 311.031 SAVING PROVISIONS. (a) Except as provided by Subsection (b), the reenactment, revision, amendment, or repeal of a statute does not affect:

(1) the prior operation of the statute or any prior action taken under it;

(2) any validation, cure, right, privilege, obligation, or liability previously acquired, accrued, accorded, or incurred under it;

(3) any violation of the statute or any penalty, forfeiture, or punishment incurred under the statute before its

7

note

Engins they won't hear this on 11.07
I argued it before and the C.C.A refused to hear
it calling me an abuser of the writ;

13th ct of appeals
Denied my appeal
today, you argued
these causes before the
Dewitt trial ct when
Paige massey got them
overturned by the c.c.A
in 1995. In the
transcript your judge
Kilgore argued over
the Stacking order, he
did not deny Stacking
look at the record
you cited Green V. State
where the C.C.A. found
Stacking was illegal
and the judge said
he could stack the
way he did. yet,
the 13th Court ignored
your arguments in Record
and denied my
ineff counsel claim
they did and said it
cant be brought up on appeal!

WOW)

amendment or repeal; or

(4) any investigation, proceeding, or remedy concerning any privilege, obligation, liability, penalty, forfeiture, or punishment; and the investigation, proceeding, or remedy may be instituted, continued, or enforced, and the penalty, forfeiture, or punishment imposed, as if the statute had not been repealed or amended.

(b) If the penalty, forfeiture, or punishment for any offense is reduced by a reenactment, revision, or amendment of a statute, the penalty, forfeiture, or punishment, if not already imposed, shall be imposed according to the statute as amended.

(c) The repeal of a statute by a code does not affect an amendment, revision, or reenactment of the statute by the same legislature that enacted the code. The amendment, revision, or reenactment is preserved and given effect as part of the code provision that revised the statute so amended, revised, or reenacted.

(d) If any provision of a code conflicts with a statute enacted by the same legislature that enacted the code, the statute controls.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.

Sec. 311.032. SEVERABILITY OF STATUTES. (a) If any statute contains a provision for severability, that provision prevails in interpreting that statute.

(b) If any statute contains a provision for nonseverability, that provision prevails in interpreting that statute.

(c) In a statute that does not contain a provision for severability or nonseverability, if any provision of the statute or its application to any person or circumstance is held invalid, the invalidity does not affect other provisions or applications of the statute that can be given effect without the invalid provision or application, and to this end the provisions of the statute are severable.

Acts 1985, 69th Leg., ch. 479, Sec. 1, eff. Sept. 1, 1985.

8